ALBERT E. PEACOCK III, CASB No. 134094
apeacock@peacockpiper.com
DAVID A. TONG, CASB No. 238971
dtong@peacockpiper.com
TARA B. VOSS, CASB No. 261967
tvoss@peacockpiper.com
**PEACOCK PIPER TONG + VOSS LLP**
100 W. Broadway, Suite 610
Long Beach, CA 90802
Telephone: (562) 320-8880
Facsimile: (562) 735-3950

Attorneys for Defendant, LOS ANGELES UNIFIED SCHOOL DISTRICT

NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P2MG, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT AND AMERICAN CONTRACTORS INDEMNITY COMPANY, ET AL.,<br><br>Defendants. | **2:21-cv-08566 JFW (MAAx)**<br><br>**Action Filed:** 10/29/21<br><br>**JUDGMENT**<br><br>ASSIGNED FOR ALL PURPOSES TO: The Honorable Judge John F. Walter, presiding; and U.S. Magistrate Judge, Maria A. Audero (referral) |

On January 24, 2023, this Court issued an order granting Defendant Los Angeles Unified School District's ("LAUSD") Motion to Dismiss Pursuant to Rule 12(b)(6), granting Defendant American Contractors Indemnity Company's ("ACIC") Motion to Dismiss Pursuant to Rule 12(b)(6), and denying as moot LAUSD's Motion to Strike Pursuant to Rule 12(f). (ECF 105.) The Court further ordered that Plaintiff P2MG, LLC's Second Amended Complaint is DISMISSED with prejudice. (See ECF 105.)

Based on the foregoing and for good cause shown, the Court hereby enters judgment as follows:

- 1 -
**JUDGMENT**

1    **IT IS ORDERED AND ADJUDGED** that the Plaintiff P2MG, LLC take nothing, that the
2    action be dismissed with prejudice, and that Defendants LAUSD and ACIC are the prevailing parties.

**IT IS SO ORDERED.**

Dated: February 1, 2023

_____
Honorable Judge John F. Walter
U.S. District Judge